UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**RACHEL POLLOCK**

**V.**                                                    **CIVIL ACTION NO. 14-10949-FDS**

**GATESTONE & CO. INTERNATIONAL INC.**

### SETTLEMENT ORDER OF DISMISSAL

SAYLOR, D.J.

The Court having been advised by counsel for the parties that  the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

                                                    /s/ Timothy R. Maynard
July 18, 2014                        ---------------------------
                                                    Deputy Clerk